AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A. | Middle Dist/FL, Orlando Div. | 12/04/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 5-750
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | ▬▬▬▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 | A | Interest | K | T | | | | | |
| 3. SunTrust MMA | A | Interest | M | T | Buy | 11/05/13 | M | | |
| 4. | | | | | | | | | |
| 5. Fidelity GP Trust | | | | | | | | | |
| 6. Vanguard Total Bond Mkt. | A | Dividend | | | Sold | 06/21/13 | L | C | |
| 7. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 8. Vanguard Tax-Managed G&I | A | Dividend | J | T | | | | | |
| 9. Vanguard Tax-Managed Inter'l | A | Dividend | J | T | | | | | |
| 10. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 11. Vanguard Inter-Term Bd. Index | A | Dividend | | | Sold | 06/21/13 | K | B | |
| 12. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |
| 13. Vanguard Tips Bd. | A | Dividend | L | T | | | | | |
| 14. iShares S&P Natural Resources | A | Dividend | K | T | | | | | |
| 15. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 16. iShares S&P 500 Index | A | Dividend | J | T | | | | | |
| 17. iShares Barclays US Agg. Bd | A | Dividend | | | Sold | 06/21/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares MSCI Emer. Mkt. ICX | A | Dividend | J | T | | | | | |
| 19. iShares MSCI EAFE Idx | A | Dividend | J | T | | | | | |
| 20. iShares Russell 2000 Idx | A | Dividend | K | T | | | | | |
| 21. iShares 2017 S&P AMT-free | A | Dividend | K | T | | | | | |
| 22. iShares 2016 S&P AMT-free | A | Dividend | K | T | | | | | |
| 23. iSharies 2015 S&P AMT-free | A | Dividend | K | T | | | | | |
| 24. Nuveen Muni. Val. | B | Dividend | K | T | | | | | |
| 25. Vanguard Div. Appr. ETF | A | Dividend | J | T | | | | | |
| 26. Vanguard Emer. Mkt. ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 27. Vanguard Total Stock Mtk. ETF | B | Dividend | L | T | | | | | |
| 28. Vanguard Div. Gr. | A | Dividend | K | T | | | | | |
| 29. Vanguard Inter. Term Tax Exempt | B | Dividend | K | T | | | | | |
| 30. Fidelity Tax Free Bd. | B | Dividend | K | T | | | | | |
| 31. Harbor Bond Inst. | B | Dividend | K | T | Buy | 03/06/13 | J | | |
| 32. Harbor International | A | Dividend | K | T | | | | | |
| 33. Lazard Emer. Mkt. | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 34. Loomis Sayles Bond | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Emer. Mkt Bond | B | Dividend | K | T | Buy | 03/06/13 | J | | |
| 36. Pimco Unconstrained Bd. | A | Dividend | L | T | | | | | |
| 37. T Rowe Price Div. Gr. | A | Dividend | J | T | | | | | |
| 38. SEI High Yield Bd. | A | Dividend | J | T | | | | | |
| 39. US Treas Nt 2014 | A | Interest | K | T | | | | | |
| 40. BMW Bank CD 2013 | A | Interest | | | Redeemed | 03/18/13 | K | A | |
| 41. iShares GSCI Commod. | A | Dividend | J | T | | | | | |
| 42. Ally Bank CD, 2013 | A | Interest | | | Redeemed | 09/30/13 | K | A | |
| 43. Ally Bank CD, 2013 | A | Interest | | | Redeemed | 11/18/13 | J | A | |
| 44. Discover Bk CD, 2014 | A | Interest | K | T | | | | | |
| 45. Goldman Sachs Bk, 2018 | A | Interest | K | T | | | | | |
| 46. Fla. BOE Bd | A | Interest | J | T | | | | | |
| 47. Fidelity Cash | A | Interest | L | T | | | | | |
| 48. DFA Int'd Term Muni Bond | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 49. DFA Short Term Muni Bond | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 50. iShares Tr. 2018 STP AMT Free | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity CB Trust | | | | | | | | | |
| 53. Vanguard Mid-Cap | A | Dividend | J | T | | | | | |
| 54. Vanguard Prime MM Fd. and Cash | A | Dividend | J | T | | | | | |
| 55. Vanguard Equity Income Fd. | A | Dividend | J | T | | | | | |
| 56. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 57. Vanguard Total Bond Mkt. Index | A | Dividend | | | Sold | 06/21/13 | L | B | |
| 58. Vanguard Inflation Protected Sec. | B | Dividend | L | T | | | | | |
| 59. Vanguard Sm Cap. Val. Index | A | Dividend | J | T | | | | | |
| 60. Vanguard Inter. Term Tax Ex. | C | Dividend | M | T | Buy (add'l) | 06/21/13 | K | | |
| 61. Vanguard Inter. Term. Bd. Index | A | Dividend | | | Sold | 06/21/13 | L | C | |
| 62. Pimco Unconstrained Bd. Fd. | A | Dividend | M | T | Buy (add'l) | 06/21/13 | K | | |
| 63. iShares S&P AMT-free 2015 | A | Dividend | K | T | Buy (add'l) | 03/06/13 | J | | |
| 64. iShares S&P AMT-free 2014 | A | Dividend | K | T | Buy (add'l) | 03/06/13 | J | | |
| 65. iShares S&P AMT-free 2013 | A | Dividend | | | Redeemed | 08/21/13 | K | A | |
| 66. Powershares QQQ | A | Dividend | J | T | | | | | |
| 67. Vanguard Div. Appr. ETF | A | Dividend | K | T | | | | | |
| 68. Vanguard Emer. Mkt ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US Tres. Strip, 2013 | A | Dividend | | | Redeemed | 05/15/13 | J | A | |
| 70. US Tres. Note, 2014 | A | Dividend | K | T | | | | | |
| 71. US Tres. Strip, 2015 | A | Dividend | J | T | | | | | |
| 72. Fidelity Tax Free Bd | C | Dividend | L | T | Buy (add'l) | 06/21/13 | K | | |
| 73. Dodge & Cox Intern'l | A | Dividend | K | T | | | | | |
| 74. Harbor Bond Inst. | A | Dividend | K | T | | | | | |
| 75. Harbor Int'l | A | Dividend | K | T | | | | | |
| 76. Lazard Emer Mkt | A | Dividend | J | T | | | | | |
| 77. Loomis Sayles Bd. | D | Dividend | M | T | | | | | |
| 78. Pimco Emer. Mkt. Bond Inst. | B | Dividend | K | T | Buy (add'l) | 03/06/13 | J | | |
| 79. SEI Hi Yield Bd. | A | Dividend | J | T | | | | | |
| 80. Vanguard Div. Gr. | B | Dividend | L | T | | | | | |
| 81. iShares GSCI Commod | A | Dividend | K | T | | | | | |
| 82. iShares Amt., 2017 | A | Dividend | K | T | Buy (add'l) | 03/06/13 | J | | |
| 83. iShares Amt., 2016 | A | Dividend | K | T | Buy (add'l) | 03/06/13 | J | | |
| 84. US Treas., 2016 | A | Interest | K | T | | | | | |
| 85. US Treas. Strip, 2016 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. US Treas. Strip, 2017 | A | Interest | K | T | | | | | |
| 87. Fidelity US MM | A | Interest | M | T | | | | | |
| 88. FPA Crescent | A | Interest | L | T | | | | | |
| 89. Beal Bank CD | A | Interest | | | Redeemed | 01/09/13 | K | A | |
| 90. City Bk SLC | A | Interest | J | T | | | | | |
| 91. GE Cap. 2018 | A | Interest | K | T | | | | | |
| 92. GE Cap. 2013 | A | Interest | | | Redeemed | 10/15/13 | J | A | |
| 93. Nuveen Mun. Value Fund | B | Dividend | K | T | | | | | |
| 94. iShares S&P 500 | A | Dividend | J | T | | | | | |
| 95. iShares Russell 1000 Gr. | A | Dividend | K | T | | | | | |
| 96. iShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 97. Alliance Bern Muni | A | Dividend | J | T | | | | | |
| 98. iShares Russ. 2000 | A | Dividend | K | T | | | | | |
| 99. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 100. iShares Barclays Tips | A | Dividend | L | T | | | | | |
| 101. iShares S&P NA Nat. Resource | A | Dividend | K | T | | | | | |
| 102. iShares MSCI EAFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity NASDAQ | A | Dividend | K | T | | | | | |
| 104. iShares S&P Mid Cap 400 | A | Dividend | K | T | | | | | |
| 105. iShares DJ Select Div. | A | Dividend | J | T | | | | | |
| 106. Mia-Dade Bond | A | Interest | | | Redeemed | 01/14/13 | K | A | |
| 107. iShares IBOXX | B | Dividend | L | T | | | | | |
| 108. Vanguard Con. St. ETF | A | Dividend | K | T | | | | | |
| 109. FSU Bd. | A | Interest | | | Sold | 10/01/13 | J | A | |
| 110. iShares Barlcays Agg. Bd. Fd. | A | Dividend | | | Sold | 06/21/13 | L | A | |
| 111. iShares Barclays 3-7 Yr. Treas. | A | Dividend | L | T | | | | | |
| 112. Vanguard Util Index | C | Dividend | L | T | | | | | |
| 113. iShares Barclays 20 Yr Tr. | A | Dividend | | | Sold | 11/04/13 | K | | |
| 114. Goldman Sachs Bk USA | A | Dividend | K | T | | | | | |
| 115. Fidelity Cash | A | Dividend | M | T | | | | | |
| 116. Chevron | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 117. General Electric | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 118. Intel | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 119. Johnson & Johnson | A | Dividend | J | T | Buy | 01/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Kraft Foods | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 121.  Sysco Corp. | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 122.  Vodaphone | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 123.  iShares Tr 2018 S&P AMT Free | A | Dividend | J | T | Buy | 06/21/13 | K | | |
| 124.  Vanguard Short Term Tax Exempt | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 125.  Unilever Plc | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 126. | | | | | | | | | |
| 127.  Vanguard Annuity ▮ -H | | | | | | | | | |
| 128.  --Money Market Portfolio | | None | J | T | Buy (add'l) | 11/29/13 | J | | |
| 129.  --Total Bond Market Index Portfolio | | None | L | T | | | | | |
| 130.  --Short Term Investment Grade Portfolio | | None | K | T | Buy (add'l) | 11/29/13 | J | | |
| 131.  --Diversified Value Portfolio | | None | J | T | | | | | |
| 132.  --Equity Income Portfolio | | None | K | T | | | | | |
| 133.  --Equity Index Portfolio | | None | J | T | | | | | |
| 134.  --Growth Portfolio | | None | J | T | | | | | |
| 135.  --Mid-Cap Index Portfolio | | None | J | T | | | | | |
| 136.  --Small Company Growth Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --International Portfolio | | None | K | T | | | | | |
| 138. --Total Stock Market Index Portfolio | | None | J | T | | | | | |
| 139. --High Yield Bond Portfolio | | None | K | T | | | | | |
| 140. --Balanced Portfolio | | None | J | T | | | | | |
| 141. --REIT Index Portfolio | | None | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. Jetport Ltd., Orange County, FL | D | Distribution | M | W | | | | | |
| 144. | | | | | | | | | |
| 145. Wetherbee Ltd., Orange County, FL | | None | M | W | | | | | |
| 146. | | | | | | | | | |
| 147. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 148. | | | | | | | | | |
| 149. IRA ▓▓ | | | | | | | | | |
| 150. iShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 151. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 152. iShares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 153. Pimco Total Return | A | Dividend | K | T | Buy (add'l) | 03/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. S&P No. Amer. NR | A | Dividend | J | T | | | | | |
| 155. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 156. Vanguard Consumer St. | A | Dividend | J | T | | | | | |
| 157. iShares Barclays Agg. Bd. Fd. | A | Dividend | K | T | | | | | |
| 158. iShares Barclays 7 Yr. Treas. 3- | A | Dividend | K | T | | | | | |
| 159. Dodge & Cox Inter'l | A | Dividend | J | T | | | | | |
| 160. iShares MSCI Emer. Mkt | A | Dividend | J | T | | | | | |
| 161. Pimco Emer. Bond | A | Dividend | J | T | | | | | |
| 162. iShares Barclay's MBS Bd. | A | Dividend | | | Sold | 03/06/13 | K | | |
| 163. Fidelity Cash | A | Dividend | K | T | | | | | |
| 164. | | | | | | | | | |
| 165. IRA-Fidelity ▓ | | | | | | | | | |
| 166. Fidelity Cash Reserves & MM | A | Dividend | M | T | | | | | |
| 167. Wilshire Lg. Gr. | A | Dividend | | | Sold | 06/21/13 | L | B | |
| 168. Harbor Int'l | A | Dividend | K | T | | | | | |
| 169. Pimco Emerg. Mkts. Bd. | C | Dividend | L | T | | | | | |
| 170. Vanguard Explorer | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  iShares Russell 2000 Val. | A | Dividend | K | T | | | | | |
| 172.  iShares Barclays US TIPS Bond Fd | A | Dividend | L | T | | | | | |
| 173.  iShares Barclays US Agg. Bd. Fd. | B | Dividend | M | T | | | | | |
| 174.  Loomis Sayles Bond | D | Dividend | M | T | | | | | |
| 175.  iShares GCSI Comm. Idx. | A | Dividend | K | T | | | | | |
| 176.  iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 177.  iShares Russ 1000 Gr. | A | Dividend | L | T | Buy (add'l) | 06/21/13 | L | | |
| 178.  Lazard Emer. Mkt. | A | Dividend | K | T | | | | | |
| 179.  US Tips 4/16 | B | Interest | L | T | | | | | |
| 180.  Pimco Unconstrained Bd. | B | Dividend | M | T | | | | | |
| 181.  T Rowe Price Div. Gr. | A | Dividend | K | T | | | | | |
| 182.  Vanguard Div. App. ETF | A | Dividend | K | T | | | | | |
| 183.  US Tr. Strip, 2017 | A | Interest | K | T | | | | | |
| 184.  US Tr. Strip, 2018 | A | Interest | K | T | | | | | |
| 185.  US Tr. Strip, 2019 | A | Interest | K | T | | | | | |
| 186.  US Tr. Strip, 2020 | A | Interest | K | T | | | | | |
| 187.  US Tips - 2016 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard Div. Gr. | A | Dividend | K | T | | | | | |
| 189. Ally Bk CD | A | Interest | | | Redeemed | 08/05/13 | K | A | |
| 190. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 191. DFA Large Cap Value | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 192. Dodge & Co Int'l Stock | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 193. | | | | | | | | | |
| 194. AS&E PS Acct. ▓▓ | | | | | | | | | |
| 195. Pimco Total Return | | | N | T | | | | | |
| 196. Vanguard 500 Index | | | M | T | | | | | |
| 197. Ridgeworth Sm. Cap. | | | J | T | | | | | |
| 198. Pimco Real Return | | | M | T | | | | | |
| 199. Harbor Int'l | | | L | T | | | | | |
| 200. Oakmark Fund | | | L | T | | | | | |
| 201. Federated Capital | | | K | T | | | | | |
| 202. Artisan Mid-Cap Val | | | K | T | | | | | |
| 203. Lazard Emer. Mkt. | | | K | T | | | | | |
| 204. Janus Venture | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. W&M IRA | | | | | | | | | |
| 207. iShares Barclays TIP | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 208. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 209. iShares Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 210. Harbor Bond Inst. | A | Dividend | | | Sold | 05/31/13 | K | A | |
| 211. Harbor Int'l | A | Dividend | J | T | Sold (part) | 05/31/13 | J | B | |
| 212. Pimco Emer. Mkt. | A | Dividend | J | T | | | | | |
| 213. Pimco Commod. Real. | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 214. Vanguard Exp. | A | Dividend | | | Sold | 05/31/13 | J | C | |
| 215. Fidelity Cash Res. | A | Dividend | J | T | | | | | |
| 216. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 217. Loomis Sayles Bd. | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 218. Pimco Total Return | A | Dividend | J | T | | | | | |
| 219. iShares Barclay's US Agg. Bd. Fd. | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1.  Employer-managed account; no information received regarding income, gains or losses.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. Presnell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544